FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 APR 23  PM 12: 02

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

THOMAS HEIKE,                          )
                                       )
                                       )
          Plaintiff,                   )
                                       )        Civil Action No.1:14-cv-03342-RDB
                                       )
     v.                                )
                                       )
CSX TRANSPORTATION, INC.,              )
                                       )
          Defendant.                   )
_____)

### [PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed by Plaintiff Thomas Heike

and Defendant CSX Transportation, Inc. on April 22, 2015, it is hereby

**ORDERED** that the above-captioned action is discontinued and dismissed with

prejudice; and it is further

**ORDERED** that each party shall bear its own attorneys' fees and costs.

**SO ORDERED** on this 22ᵈ day of ___April___, 2015.

_____
Honorable Richard D. Bennett
United States District Judge